**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 09-6246**

─────────────

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

        v.

TYREES COLOZA WHITEHEAD,

                Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  James R. Spencer, Chief
District Judge.  (3:90-cr-00112-JRS-1)

─────────────

Submitted:  March 26, 2009          Decided:  April 8, 2009

─────────────

Before KING, GREGORY, and DUNCAN, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Robert  James  Wagner,  Assistant  Federal  Public  Defender,
Richmond,  Virginia,  for  Appellant.    Stephen  Wiley  Miller,
Assistant  United  States  Attorney,  Richmond,  Virginia,  for
Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyrees Coloza Whitehead appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Whitehead, No. 3:90-cr-00112-JRS-1 (E.D. Va. Jan. 15, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED